IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NORMAN KATZ, | ) | CIVIL NO. 09-00599 ACK-LEK |
|---|---|---|
| Plaintiff(s), | ) | |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATION TO DENY |
| | ) | PLAINTIFF'S APPLICATION |
| TIMOTHY F. GEITHNER, | ) | TO PROCEED IN DISTRICT |
| SECRETARY OF THE | ) | COURT WITHOUT PREPAYING |
| TREASURY, | ) | FEES OR COSTS |
| | ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

On January 13, 2010, Findings and Recommendation were filed and served on all parties. To date, no objections have been filed by any party. The Court further observes that Plaintiff's application to proceed in district court without prepaying fees or costs was mooted by Plaintiff's payment of the required filing fees on January 25, 2010.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Deny Plaintiff's Application To Proceed In District Court Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, February, 1, 2010.



```
                         _____
                         Alan C. Kay
                         Sr. United States District Judge
```